**IT IS ORDERED as set forth below:**

**Date: June 29, 2018**

_____
**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO 18-53694-SMS |
| | : | |
| ROKEAH GINA PRATT | : | CHAPTER 13 |
|     Debtor. | : | |
| ------------------------------ | : | ------------------------------ |
| QUICKEN LOANS INC., | : | |
|     Movant. | : | |
| | : | CONTESTED MATTER |
| vs. | : | |
| | : | |
| ROKEAH GINA PRATT | : | |
| MARY IDA TOWNSON, Trustee | : | |
|     Respondents. | : | |
| | : | |

**ORDER MODIFYING AUTOMATIC STAY**

Quicken Loans Inc., for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay (the "Motion") May 31, 2018, which was set for hearing **June 19, 2018** (the "Hearing"). Movant seeks relief as to Debtor`s real property located in Henry

County, Georgia, now or formerly known as 1045 MARIS LN, MCDONOUGH, GA 30253 (the "Property"), as more particularly described on Exhibit "B" attached to the Motion.

Movant asserts that the Motion was properly served and hearing properly noticed. Neither Debtor nor the Trustee oppose the relief sought; accordingly, it is hereby

**ORDERED** that the Motion is *granted*: the automatic stay of 11 U.S.C. § 362 is **MODIFIED** to allow Movant to foreclose the Property, and take possession thereof in pursuit of its state law remedies; provided, however, any proceeds remaining after foreclosure of the Property which exceed the lawful claim of Movant shall be promptly remitted to the Chapter 13 Trustee.  Trustee shall cease disbursements to Movant on its Proof of Claim.  The 14 day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply to this Order and Movant may proceed without further delay.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
*Attorney for Creditor*

No Opposition to by:

/s/ K. Edward Safir
K. Edward Safir
GA State Bar No. 622149
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303
(404) 525-1110
orders@atlch13tt.com
*Attorney for Chapter 13 Trustee*

## DISTRIBUTION LIST

Rokeah Gina Pratt
1045 Maris Lane
McDonough, GA 30253

Howard P. Slomka, Esq.
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Mary Ida Townson, Trustee
Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303

Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071